UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

DUANE PALMER,

                              Plaintiff,        **STIPULATION AND**

              -against-                    **ORDER OF**

THE CITY OF NEW YORK, et al.,             **SETTLEMENT AND**
                                                **DISMISSAL**

                         Defendants.      08-CV-1969(KAM)(RML)

---------------------------------------------------------------x

WHEREAS, plaintiff commenced this action by filing a complaint on or about May 14, 2008, alleging that defendants violated his federal civil and state common law rights; and

WHEREAS, defendants have denied any and all liability arising out of plaintiff's allegations; and

WHEREAS, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as follows:

1.    The above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2.    Defendant City of New York, hereby agrees to pay plaintiff DUANE PALMER the sum of TWENTY-ONE THOUSAND ($21,000.00) DOLLARS, in full satisfaction of all claims, including claims for costs, expenses and attorney's fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims against defendant City of New York, and to release all defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New

York, or any agency thereof, from any and all liability, claims, or rights of action that were or could have been alleged in the complaint in this action, including all claims for attorney's fees, expenses, and costs.

3.    Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a general release based on the terms of paragraph "2" above and an Affidavit of No Liens.

4.    Nothing contained herein shall be deemed to be an admission by defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5.    Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

6.    This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
      January 23, 2009

PAUL HALE, ESQ.
26 Court Street, Suite 1901
Brooklyn, New York 11242
Attorney for Plaintiff
(718) 554-7344

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendants
100 Church Street
New York, N.Y. 10007
(212) 442-0832

By: _____
Paul Hale (PH 8273)
Attorney for Plaintiff

By: _____
Hugh A. Zuber (HZ 4935)
Assistant Corporation Counsel

SO ORDERED:

_____
HONORABLE KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE